

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00051-CV

Bertha Ines **TORRES,** Individually for the Wrongful Death of Benjamin Torres, as Representative of the Estate of Benjamin Torres, Deceased, and as Next Friend of Michael Rene Torres, Rose Marie Torres, and Joaquin Gael Torres, Minor Children; et. al,
Appellants

v.

**UPPER VALLEY HELPSOURCE, INC**. and TIBH Industries, Inc.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 17-02-56845-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellant's unopposed motion for extension of time to file reply brief is granted. Time is extended to November 30, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court